FILED
CHARLOTTE, NC

FEB 0 4 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER ) | |
| ) | |
| OF APPOINTMENT ) | ORDER OF APPOINTMENT |
| ) | |
| OF EDWARD R. RYAN ) | 3:10mc 15 |
| ) | |
| AS UNITED STATES ATTORNEY ) | |

Pursuant to Title 28, United States Code, Section 546(d), Edward R. Ryan is appointed as the United States Attorney for the Western District of North Carolina, effective February 8, 2010.

**DONE AND ORDERED** at Charlotte, North Carolina, this 4th day of February, 2010.

For the Court:

_____
The Honorable Robert J. Conrad, Jr.
Chief Judge
Western District of North Carolina

